RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:VC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        *Plaintiff,*<br><br>v.<br><br>MANOUCHEHR RASTIFAR,<br><br>                                        *Defendant.* | HON. JOHN W. BISSELL<br><br>*Criminal No.* 98-109 (01)<br><br>**ORDER FOR**<br>**REMISSION OF FINE** |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States

Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and

the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this _____31_____ day of _____August_____, 2009,

ORDERED, that the balance of the fine imposed on July 13, 1998, in the amount of

$4,375 is hereby remitted.


JOHN W. BISSELL
UNITED STATES DISTRICT JUDGE